NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                   Crim. No. 1:04CR7-001

Rebecca Ann Acree

On September 8, 2006 the above named was placed on Supervised Release for a period of four (4) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Rebecca Ann Acree be discharged from Supervised Release.

Respectfully submitted,

_____  
Beverly Stiefvater  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 26th day of October, 2009.

_____  
for Maurice M. Paul  
Senior United States District Judge